PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

CR 16

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | CR11-01175(A)-SJO |
| DOCKET NUMBER (Rec. Court) | 214 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central of California | DIVISION Western |
|---|---|---|

Mr. Keith James Hudson

REDACTED

San Jose, California 95136

| NAME OF SENTENCING JUDGE |
|---|
| S. James Otero |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM April 24, 2015 | TO April 23, 2018 |
|---|---|---|

FILED

MAY 23 2016

OFFENSE
18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(I): Unauthorized Access to a Protected Computer to Obtain Information.

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     CENTRAL     DISTRICT OF     CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/16/16
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     NORTHERN     DISTRICT OF     CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 19, 2016
Effective Date

United States District Judge

RECEIVED   MAY 1 6 2016